UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| TIMOTHY WAYNE SHEROW, SR., <br><br> Petitioner, <br><br> v. <br><br> PAUL BRAZELTON, Warden, <br><br> Respondent. | ED CV 13-00060-VBF (SH) <br><br> JUDGMENT |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied, and the action is dismissed with prejudice.

DATED: 06/25/2013

*Valerie Baker Fairbank*

VALERIE B. FAIRBANK
UNITED STATES DISTRICT JUDGE

1